# UNITED STATES DISTRICT COURT



for the

District of Maryland

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

the cellular phone carried by Kedrick Arnold JENIFER

)
)
)
)
)
)

Case No.

**13-1579SAG**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

the cellular phone carried by Kedrick Arnold JENIFER (see also Attachment A)

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Special Agent Mark Lester, DEA**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 3, 2013

_____
*Judge's signature*

City and state:  Baltimore, Maryland

**Stephanie A. Gallagher, United States Magistrate Judge**
*Printed name and title*